# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Allen Wimbley<br>DEFENDANT(S). | CASE NUMBER<br>CR 08-588<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___deft___, IT IS ORDERED that a detention hearing is set for ___Friday___, ___5/23/08___, at ___11:00___ ☒a.m. / ☐p.m. before the Honorable ___RALPH ZAREFSKY___, in Courtroom ___#540 - Roybal___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___5/22/08___          _____
                              U.S. ~~District Judge~~/Magistrate Judge
                              RALPH ZAREFSKY