

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 3 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALLEN KEITH WEMBLEY,<br><br>                    Defendant. | Case No. CR 08-588-VBF<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |

     The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his supervised release; and

     The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

     The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:

No bail resources; fugitive status for several months reflects apparent abscondment from supervised release and indicate lack of amenability to supervision; use of

1    multiple identifiers; substance abuse history.

2    and

3    B.  ( X ) The defendant has not met his burden of establishing by clear and convincing

4    evidence that he is not likely to pose a danger to the safety of any other person or the

5    community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:

6    Prior criminal history; abscondment from supervised release indicates lack of

7    amenability to supervision.

8    IT THEREFORE IS ORDERED that the defendant be detained pending further

9    revocation proceedings.

10

11   Dated:  ___7/31/2014___

12

13

14   DOUGLAS F. McCORMICK
     United States Magistrate Judge